FILED

07 AUG 14 PM 4: 33

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVISCAN PET SYSTEMS, INC., | CASE NO. 07CV0955 BEN (AJBx) |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |
| DILON TECHNOLOGIES, LLC, | |
| Defendant. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

44569.1

1          ORDER

2          The Court has reviewed the Joint Motion for Extension of Time seeking to extend

3   Defendant Dilon Technologies' date to respond to the Complaint in the above-captioned matter to

4   and including September 12, 2007.

5          Good cause having been shown, the Motion is GRANTED.

6

7   IT IS SO ORDERED:

8

9

10  Dated: _____                    _____
                                                 Honorable Roger T. Benitez
11                                               U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

44569.1                                          Civil Action No. 07CV0955 BEN (AJBx)