FILED
2007 SEP 14  PM 3:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___CP___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVISCAN PET SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DILON TECHNOLOGIES, LLC, <br><br> Defendant. | Case No.  07 CV 0955 BEN (AJB) <br><br> **ORDER REGARDING PLAINTIFF'S SUBSTITUTION OF ATTORNEY** |

Pursuant to Local Civil Rule 83.3(g)(2) Michael G. Rhodes, Kent M. Walker, Alisa A. Martin, and Darcie A. Tilly of the law firm Cooley Godward Kronish LLP, located at 4401 Eastgate Mall, San Diego, CA 92121 are substituted in this matter as counsel of record for plaintiff Naviscan PET Systems, Inc. in place of Stuart M. Richter and Ross E. Viselman of Katten Muchin Rosenman LLP and Andrea Kimball of Luce, Forward, Hamilton & Scripps LLP.

IT IS SO ORDERED:

Dated: __9/14__, 2007

_____
ROGER T. BENITEZ
JUDGE OF THE DISTRICT COURT

557977 v1/SD